## AFFIDAVIT IN SUPPORT OR A CRIMINAL COMPLAINT

I, Special Agent José L. Rosario, Federal Bureau of Investigation (FBI), San Juan Division, being duly sworn, hereby depose and state that:

## BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, *United States Code*, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2. I am a Special Agent (SA) of the FBI and have been employed as such since March 5, 2017. I am currently assigned to the San Juan (SJ) Division with the Safe Streets Task Force (CE-4). Our investigations focus on street gangs and criminal organizations operating in Puerto Rico; crimes commonly encountered include narcotics distribution, firearms offenses, extortion, homicide, etc. My duties include handling informants, cooperating defendants, intelligence analysis, surveillance and arrest operations, source payments, multi-agency case coordination/de-confliction/liaison, conducting interviews and interrogations.

3. Before being assigned to the field, I completed 21 weeks of New Agent Training (NAT) in Quantico, Virginia. The NAT program offered instruction through classroom settings and practical exercises, covering various aspects of federal investigations, including counterterrorism/national security, white-collar crime, fraud, and drug/violent crime investigations. The NAT curriculum encompassed in-depth instruction on fundamental investigative techniques and management skills, legal implications of the Fourth Amendment, drafting affidavits, establishing probable cause, countering domestic and international criminal enterprises, recognizing and addressing cyber threats and vulnerabilities, handling Confidential Human Sources (CHS), evidence collection and

handling, working with classified intelligence and methods, basic intelligence analysis, and an introduction to advanced investigative techniques such as pen registers, undercover operations, and Title III wire intercepts.

4. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

5. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Kevin Jomar Morales-Franco violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)- Possession with intent to distribute detectable amounts of heroine, and 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime. Therefore, I have not included all the facts of this investigation.

## INVESTIGATION

6. On March 19, 2025, agents of Puerto Rico Police Bureau (PRPB), Bayamon Intelligence Uni received information that Kevin Jomar Morales-Franco, aka Kevo, was at the drug point area in Barriada Altos de Cuba, Vega Baja, PR, and was in possession of an illegal firearm. According to the informant Morales-Franco was driving a Toyota, Corolla, dark red in color, PR Plate number EXT991.

7. At approximately 7:30 P.M., Agents entered to Barriada Altos de Cuba in a police vehicle, at the drug point area Agents observed the Toyota Corolla. The light inside the

vehicle was on, Agents noticed a person in the driver's seat. Sergeant Edgardo Camacho approached the vehicle by the driver's side and Agent Jaime Melendez approached the vehicle by the passenger's side. The windows were up, and the window tints were not dark. Sgt. Camacho identified Morales-Franco as the person seating in the vehicle. Agt. Melendez observed a firearm loaded with a magazine and an extended magazine sticking out of male purse, the firearm and the male purse were within Morales-Franco's reaching distance on the front passenger's seat. For officer's safety reasons, Agt. Melendez yield firearm and tried to open the passenger's side door, but the door was locked. Sgt. Melendez opened the driver's side door to try to arrest Morales-Franco. Agt. Melendez asked Sgt. Camacho to unlock the doors, Sgt. Camacho unlocked the door by pressing the power locked button on the driver's side door. Then, Agt. Melendez grabbed the firearm and the male purse, and Sgt. Camacho arrested Morales-Franco.



8. Agt. Melendez rendered safe the firearm that was on the passenger's seat and opened the male purse to render safe what he believed was a second firearm when he observed an extended capacity pistol magazine and a clear bag containing aluminum wrappings. On Agt. Melendez's training and experience the wrappings were heroin.

9. Agents seized:

- Glock pistol model 26, serial number MCA927, loaded with a pistol magazine containing 12 rounds of ammunition 9mm caliber and one round of ammunition 9mm caliber in the chamber.
- An extended capacity pistol magazine containing 25 rounds of ammunition 9mm caliber.
- Two clear baggies with 100 foil paper decks, containing a white powdery substance, field tested positive for the properties of heroin.
- $1,096 in U.S. currency



## CONCLUSION

10. Based upon my training, experience, and facts concerning this investigation, I believe there is sufficient probable cause to show that there is evidence that Kevin Jomar Morales-Franco violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)- Possession with intent to distribute

detectable amounts of heroine, , and 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

11. The information contained in this Affidavit is known to be true and correct to best of my knowledge and information received through the course of this investigation and information provided by other agents.

Sworn before me pursuant to FRCP 4.1 at  1:03 PM  by telephone, on March 20, 2025.

**José L. Rosario**
Special Agent
Federal Bureau of Investigation

**HONORABLE MARCOS LÓPEZ**
**UNITED STATES MAGISTRATE JUDGE**